IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANNIE MAE, also known as FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRIAN LEMERE,<br><br>　　　　Defendant.<br>_____/ | No. 2:10-cv-01474-MCE-GGH PS<br><br><br><br><br>ORDER |

　　　　On July 6, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

　　　　Accordingly, the court presumes any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

　　　　The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed July 6, 2010, are ADOPTED;

2. The state action is summarily remanded to the Superior Court, County of Placer, Roseville Courthouse;

3. The Clerk shall serve a certified copy of this order to the Clerk of the Superior Court, County of Placer, Roseville Courthouse, and reference the state case number (MCV 444844) in the proof of service; and

4. The Clerk is directed to close this case.

Dated:  August 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE